November 3, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

MELISSA KIM MENKES, Appellant

NO. 14-11-00030-CR                      V.

THE STATE OF TEXAS, Appellee

_____

     This cause was heard on the transcript of the record of the court below.  The record indicates that the appeal should be **DISMISSED**.  The Court orders the appeal **DISMISSED** in accordance with its opinion and that this decision be certified below for observance.